# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. McCARVEY,<br><br>        Petitioner,<br><br>    v.<br><br>MICHAEL D. McDONALD, Warden,<br><br>        Respondent. | Case No. CV 10-6686-PSG (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: January 19, 2012

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE